AO 91 (Rev. 11/11) Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 26 2017

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 17mj 2903 |
| Jesus Francisco FERNANDEZ | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/25/2017__ in the county of __Bernalillo__ in the Judicial District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1), (b)(1)(A) | Possession of more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine with intent to distribute |

This criminal complaint is based on these facts:

*** SEE ATTACHED AFFIDAVIT ***

☐ Continued on the attached sheet.

_____
*Complainant's signature*
S/A Jarrell W. Perry, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/26/2017__

_____
*Judge's signature*
KAREN B. MOLZEN
U.S. MAGISTRATE JUDGE

City and state: __Albuquerque, New Mexico__

## AFFIDAVIT

On October 25, 2017, Drug Enforcement Administration (DEA) Special Agent (S/A) Jarrell W. Perry and DEA S/A Kirk Lemmon were at the Greyhound Bus Station in Albuquerque, New Mexico to check the eastbound Greyhound bus during its normal layover in Albuquerque, New Mexico.

S/A Perry approached a male, later identified as Jesus Francisco FERNANDEZ, who was traveling under the false name of Frank DREKE on his Greyhound Bus ticket. S/A Perry displayed his DEA badge to FERNANDEZ, identified himself as a police officer to FERNANDEZ, asked for and received permission to speak with FERNANDEZ.

FERNANDEZ identified a black colored, "Protégé", brand duffel bag as belonging to him. S/A Perry asked for and received voluntary permission from FERNANDEZ to search his black colored, "Protégé", brand duffel bag.

A consensual search of the FERNANDEZ's black colored, "Protégé", brand duffel bag revealed seven oblong shaped bundles, wrapped in clear saran wrap and brown tape. S/A Perry immediately knew from his experience that the seven oblong shaped bundles were consistent with illegal narcotics, specifically crystal methamphetamine.

S/A Perry handcuffed FERNANDEZ, thus placing him under arrest. FERNANDEZ was transported to the DEA Albuquerque District Office (ADO), along with his personal property. At the DEA ADO, S/A Perry and S/A Lemmon conducted a thorough search of the black colored, "Protégé", brand duffel bag and removed the seven oblong shaped bundles. S/A Perry and S/A Lemmon weighed the seven bundles, for a total weight of approximately 3.90 gross kilograms. S/A Lemmon cut into one of the bundle, which revealed a clear crystal like substance that field-tested positive for the presence of methamphetamine.

S/A Perry knew that based upon his training and experience that this amount is an amount that is consistent with distribution rather than personal use.

This affidavit is submitted for the limited purpose of providing probable cause to support the attached criminal complaint.

Jarrell W. Perry
Special Agent
Drug Enforcement Administration

United States Magistrate Judge