# FEDERAL PUBLIC DEFENDER
# DISTRICT OF NEW MEXICO

| Joseph W. Gandert | Stephen P. McCue | Robert E. Kinney |
| Supervisory Assistant | Federal Public Defender | Supervisory Assistant |
| Albuquerque Office | Albuquerque | Las Cruces Office |
| 111 Lomas NW, Suite 501 | | 506 S. Main, Suite-600 |
| Albuquerque, NM 87102 | | Las Cruces, NM 88001 |
| Tel (505) 346-2489 | | Tel (575) 527-6930 |
| Fax (505) 346-2494 | | Fax (575) 527-6933 |

November 21, 2017

GREYHOUND LINES, INC.
320 1st St. SW
Albuquerque, NM 87102

ATTN:   TERMINAL MANAGER
        CUSTODIAN OF RECORDS

VIA CERTIFIED MAIL

Re:   *United States v.* **Jesus Francisco Fernandez**
      Case. No. 17-CR-03237-JB

Dear Terminal Manager/Custodian of Records:

By this letter, my office requests that your office preserve for future production the following materials in your possession:

a. All Greyhound surveillance security video and audio recordings made from 8:00 am to 1:00 pm on October 25, 2017 at the Albuquerque Greyhound bus terminal at 320 1st St. SW. This includes surveillance video recordings of the passenger loading bay at the main bus station, as well as surveillance video of the cleaning/fueling bays which are located one block immediately south of the bus station. I also request all surveillance videos of the Greyhound offices, the passenger waiting area and any on-board video from the eastbound Greyhound bus, scheduled to arrive in Albuquerque in the morning on October 25, 2017.

b. The passenger manifest for the afore-mentioned eastbound Greyhound bus (from Phoenix with the afore-mentioned stop in Albuquerque) for September 24-25, 2017, [handwritten: October 24-25, 2017] and in particular the manifest that would list the passengers on board at the time the bus arrived in Albuquerque and later departed sometime after 11:00 am on October 25, 2017.

I am concerned that surveillance videos may be destroyed after a period of time. Therefore, by this letter I am placing your office on notice that the above-described materials should be preserved, as they constitute potentially material and relevant evidence in pending legal matters. If you have any questions, please feel free to contact my office.

Sincerely,

JOHN F. ROBBENHAAR
Assistant Federal Public Defender
Albuquerque Office

JFR:jd

cc: Phillip W. Cheves, Esq.
Butt Thornton & Baehr, P.C.
4101 Indian School NE # 300
P.O. Box 3160
Albuquerque, NM 87190-3170

Angela Brown, Paralegal
Greyhound Lines, Inc.
350 N. St. Paul Street
Dallas, Texas 75201
angela.brown@greyhound.com