United States Senate
COMMITTEE ON THE JUDICIARY
WASHINGTON, DC 20510-6275

August 7, 2014

**Via Electronic Transmission**

The Honorable Michele M. Leonhart
Administrator
Drug Enforcement Administration
8701 Morrissette Drive
Springfield, VA 22152

Dear Administrator Leonhart:

    Amtrak's Office of Inspector General (OIG) recently reported that an Amtrak employee received over $850,000 from 1995 to the present from the DEA for Confidential Passenger Name Reservation Identification.[1] The report states that this information would have been freely available as a result of the DEA and the Amtrak Police Department's (APD) participation in a joint drug enforcement task force and that the DEA in essence paid $850,000 in order to obtain information which would have been available at no cost.[2]

    In addition to the unnecessary expenditure of $850,000, DEA's actions reflect an unwillingness to cooperate jointly with the APD on investigations of narcotics trafficking on Amtrak property. This undercuts the purpose of the joint drug enforcement task force and prevented the APD from coordinating and sharing information with the DEA.[3]

    The Amtrak OIG's report raises some serious questions about the DEA's practices and damages its credibility to cooperate with other law enforcement agencies in narcotics investigations. In order to better understand the DEA's actions in this matter please provide a briefing and written responses to the following questions:

1. Has the DEA identified the weaknesses with their internal controls that allowed this improper and unnecessary use of taxpayer dollars to continue for nearly 20 years? If so, have recommendations been offered and is DEA working to implement them?

2. Has the DEA identified the agents or employees responsible for authorizing the improper and unnecessary use of taxpayer dollars in this case and if so, are there any disciplinary actions being taken against the employee/s?

---

[1] Amtrak Office of Inspector General, *OIG Status Report: April 1 – June 30, 2014*, http://www.amtrakoig.gov. 2014.
[2] *Id.*
[3] *Id.*

DEFENDANT'S EXHIBIT D

3. Has the DEA identified any other cases where improper or unnecessary payments were made for information? If so, please identify the cases and the amount of taxpayer dollars that were improperly or unnecessarily used.

Please respond to this request no later than August 21, 2014. If you have any questions regarding this request please direct all inquiries to David Bleich of my staff at (202) 228-0927 or email at david_bleich@drugcaucus.senate.gov.

Sincerely,

*Chuck Grassley*

Charles E. Grassley
Ranking Member
Committee on the Judiciary

2