| From: | "Allison M. Beaulieu" <████████@btblaw.com> |
|---|---|
| To: | Alejandro Fernandez <████████████@fd.org> |
| Cc: | "Adela N. Kasprzyk" <████████@btblaw.com>, Carolyn Smith <██████@btblaw.com>, Debra Weber <████████@btblaw.com>, Phil Cheves <████████@btblaw.com> |
| Date: | 03/07/2018 08:10 AM |
| Subject: | RE: U.S. v. ████████████, 17-CR-████-WJ |

Good Morning Alejandro,

We have confirmed with Marie Gomez that it was during a meeting in April 2017 that she developed her misunderstanding regarding responding to preservation requests. Ms. Gomez, David Streiff who is Greyhound's Security Operations Manager, Agent Perry, and Agent Perry's supervisor, Jeff Armijo, were present during the April 2017 meeting.

Sincerely,


BUTT THORNTON & BAEHR PC
ATTORNEYS AT LAW

**Allison M. Beaulieu**
Attorney
Phone ████████
Mobile ████████
████████@btblaw.com
Bio  Email

Butt Thornton & Baehr PC • PO Box 3170 • Albuquerque, NM 87190
4101 Indian School Rd NE Suite 300 • Albuquerque, NM 87110 • Fax (505) 889-8870 • http://www.btblaw.com

Member
ALFA International
The Global Legal Network
Local Relationships Worldwide