**<u>ATTACHMENT</u>**

• Any and all written communications, whether by email, regular mail, or text, between David Streiff, former Greyhound employee Marie Gomez-Avila, and employees of the Albuquerque Drug Enforcement Administration (DEA);

• all emails between Streiff and Gomez-Avila concerning responding to attorney preservation letters and subpoenas, the preservation of video evidence, and the copying and production of video evidence, and generally complying with attorney subpoenas;

• any memoranda or documentation of Greyhound policy regarding law enforcement operating on Greyhound premises (including any previous and subsequent iterations) for years 2016-17;

• any memoranda or documentation of Greyhound policy for interacting with local law enforcement;

• any emails about a "security team" meeting, that possibly took place in Albuquerque in April 2016, between Streiff, Gomez-Avila, and DEA Special Agents Perry and Armijo;

• any other materials written related to preservation letters and subpoena compliance.