

**U.S. Department of Justice**

United States Attorney

District of New Mexico

---

Post Office Box 607  505/346-7274
Albuquerque, New Mexico 87103  505/346-7224
FAX 505/346-7296

October 15, 2018

John F. Robbenhaar, Esq.
Office of the Federal Public Defender
111 Lomas Blvd NW Ste 501
Albuquerque, NM 87102-2373

Re:  U.S. v. Jesus Francisco Fernandez, 17-3237 JAP

Dear Mr. Robbenhaar:

The United States is in receipt of your discovery letter dated October 12, 2018. The United States hereby responds. It is the position of the United States that your letter is duplicative of the Court's order on discovery.

The United States is well aware of its obligation to disclose material evidence favorable to Mr. Jesus Francisco Fernandez on issues of guilt or punishment and will provide any responsive material in a timely manner. Nothing, however, will be disclosed to you other than that to which you are entitled pursuant to *Brady*, *Giglio*, and Rule 16.

Thank you for your inquiry. Please do not hesitate to contact me if you have any questions or comments.

Sincerely,

JOHN C. ANDERSON
United States Attorney

*[signature]*

SAMUEL A. HURTADO
Assistant U.S. Attorney