## UNITED STATES' EXHIBIT LIST

| United States of America:<br>AUSA Samuel A. Hurtado | | | | | *U.S. v. Jesus Francisco Fernandez*,<br>17-3237 JAP |
|---|---|---|---|---|---|
| Hon. James A. Parker<br>Senior United States District Judge<br>District of New Mexico | | | Court Reporter:<br>John de la Rosa | | Courtroom Deputy:<br>Juan Gonzales |

| USA No. | Witness | Date Off. | Obj. | Adm. | Description of Exhibits |
|---|---|---|---|---|---|
| 1 | SA Jay Perry | | | | SA Jay Perry's audio-recording of consensual encounter with the defendant at the Greyhound Bus Station |
| 2 | SA Jay Perry | | | | Greyhound Bus tickets and one Greyhound  boarding pass |
| 3 | SA Jay Perry | | | | A "Protégé" brand duffel bag containing articles of clothing, toiletry items, saran wrapping, cologne, and medical discharge paperwork in the defendant's name |
| 4 | SA Jay Perry | | | | Photographs of "Protégé" brand duffel bag, of the bag's contents as described in No. 3 above, and of drugs seized from the defendant |
| 5 | Paul Galat, Forensic Chemist | | | | 3,104 net grams and 2,979 actual grams (96% purity) of methamphetamine seized by the DEA from the defendant on October 25, 2017 |

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

***Electronically filed on February 7, 2019***

Samuel A. Hurtado
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1537

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2019, I filed the foregoing document electronically through the CM/ECF system.  Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

_____/s/

Samuel A. Hurtado
Assistant United States Attorney