IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                                                      CR 17-3237 JAP

JESUS FRANCISCO FERNANDEZ,

        Defendant.

## DEFENDANT'S EXHIBIT LIST

Mr. Fernandez provides notice that he may offer in evidence following exhibits:

      A:      Paired Audio-Video file of SA Perry/SA Lemmon on Greyhound Bus;

      B:      Photos produced by United States in Discovery (JPEG copies);

      C:      Photo of Mr. Fernandez in dark sweatshirt.

                                                      Respectfully Submitted,

                                                        FEDERAL PUBLIC DEFENDER
                                                        111 Lomas Blvd NW, Suite 501
                                                        Albuquerque, NM 87102
                                                        (505) 346-2489
                                                        Email: john_robbenhaar@fd.org

                                                        *filed electronically on February 27, 2019*
                                                        JOHN F. ROBBENHAAR
                                                        Assistant Federal Public Defender
                                                       *Counsel for Mr. Fernandez*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing pleading was served on Assistant United States Attorney Samuel Hurtado by operation of the Court's CM/ECF electronic filing system and pursuant to the CM/ECF Administrative Procedures Manual §§ 1(a), 7(b)(2), on February 27, 2019.

                                                         *filed electronically on February 27, 2019*
                                                       JOHN F. ROBBENHAAR