IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

                                                      CR No.   17-3237 JP

JESUS FRANCISCO FERNANDEZ,

              Defendant.

## NOTE FROM THE JURY TO THE COURT

ONCE AGAIN STILL ON A DEADLOCK STILL NOT UNAMANUS NO CHANGE

RESPONSE:

JURY FOREPERSON                  3-6-19

                                      DATE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

                                      CR No.   17-3237 JP

JESUS FRANCISCO FERNANDEZ,

           Defendant.

## NOTE FROM THE JURY TO THE COURT

WE ARE AT A DEADLOCK - CANNOT COME TO AN UNANIMOUS DECISION

RESPONSE:

_____     _____3-6-19_____
JURY FOREPERSON                                DATE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

              Plaintiff,

vs.

                                                    CR No.   17-3237 JP

**JESUS FRANCISCO FERNANDEZ,**

              Defendant.

## NOTE FROM THE JURY TO THE COURT

Agent Perry Testimony copy of Jury Instruction No. 6

Each of you must rely on your own recollection of the sworn testimony that you heard and observed when it was presented in court. James A. Parker

**RESPONSE:** You must decide the case on the basis of the evidence, the testimony and the exhibits, as presented in court.

*James A. Parker*

3-6-19

JURY FOREPERSON                DATE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        Plaintiff,

vs.

                                                  CR No.   17-3237 JP

**JESUS FRANCISCO FERNANDEZ,**

        Defendant.

## NOTE FROM THE JURY TO THE COURT

CAN WE HAVE SPEAKERS OR HEADPHONES FOR AUDIO PURPOSES

RESPONSE: _____

_____      3-6-19

JURY FOREPERSON            DATE