IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    No.  CR 17-3237 JP

JESUS FRANCISCO FERNANDEZ,

    Defendant.

## NOTE FROM THE JURY TO THE COURT

May we have an easel + markers to help work through our discussion?

RESPONSE: _____

_03/20/19_
(DATE)

JURY FOREPERSON

_____
(TIME)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  No. CR 17-3237 JP

JESUS FRANCISCO FERNANDEZ,

    Defendant.

## NOTE FROM THE JURY TO THE COURT

To J [illegible] - Can you call your parents and see if they can pick up
764-6284

RESPONSE: _____

_____

_____

_____

3-20-19
(DATE)

1247
(TIME)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                   No. CR 17-3237 JP

JESUS FRANCISCO FERNANDEZ,

    Defendant.

## NOTE FROM THE JURY TO THE COURT

We reached a verdict.

RESPONSE: _____

3·20·19
(DATE)

1:28 pm
(TIME)

_____SON