IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                  No. 17-cr-3237 JAP

JESUS FRANCISCO FERNANDEZ,

        Defendant.

## VERDICT

WE, the jury, find the defendant, JESUS FRANCISCO FERNANDEZ,

__Guilty__ as charged in the indictment.
(guilty or not guilty)

Dated this __20th__ day of March, 2019.

/s/ FOR