UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Before the Honorable James A. Parker

## EXHIBIT LIST

**Title:** *U.S.A. v. Jesus Francisco Fernandez*
**Case Number:** 17-cr-3237
**Trial Dates:** March 18, 2019-March 20, 2019

**Courtroom Clerk:** Emily P. Carey
**Court Reporter:** John De La Rosa
**Interpreters:** Dinorah Gutierrez/Humberto Orive

**Attorneys Present for U.S.A.:**
Samuel Hurtado – Assistant United States Attorney
Matthew Nelson – Assistant United States Attorney

**Attorneys Present for Defendant:**
John F. Robbenhaar, Assistant Federal Public Defender
Esperanza Lujan, Assistant Federal Public Defender

| Gov. No. | Def. No. | Date Offered | Admitted? | Brief Description |
|---|---|---|---|---|
| 1 | | 03/19/19 | Yes | SA Jay Perry's audio-recording of consensual encounter with the defendant at the Greyhound Bus Station |
| 2 | | 03/19/19 | Yes | Greyhound Bus tickets (x 2) one Greyhound boarding pass |
| 3 | | 03/19/19 | Yes | A "Protégé" brand duffel bag containing articles of clothing, toiletry items, saran wrapping, cologne, and medical discharge paperwork in the defendant's name |
| 4a-4k | | 03/19/19 (admitted) | Yes | Photographs of "Protégé" brand duffel bag, of the bag's contents as described in No. 3 above, and of drugs seized from the defendant |
| 5 | | 03/19/19 | Yes | 3,104 net grams and 2,979 actual grams (96% purity) of methamphetamine seized by the DEA from the defendant on October 25, 2017 |
| | A | 03/19/19 | Yes | Paired Audio-Video file of SA Perry/SA Lemmon on Greyhound bus |
| | B1-25 | 03/19/19 | Yes | Photos produced by United States in discovery |

1

|  | C | 03/19/19 | Yes | Photo of Mr. Fernandez in dark sweatshirt |
|--|---|----------|-----|-------------------------------------------|

**COUNSEL'S SIGNATURE INDICATING RETURN OF EXHIBITS AT TRIAL'S END**

_____          _____
PLAINTIFF'S COUNSEL                                       DEFENDANT'S COUNSEL