IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cr. No. 17-3237 JAP |
| | ) |
| JESUS FRANCISCO FERNANDEZ, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' NOTICE OF WITHDRAWAL
OF AMENDED INFORMATION TO ESTABLISH PRIOR CONVICTION**

The United States hereby withdraws the Amended Information to Establish Prior Conviction Pursuant to 21 U.S.C. § 851 filed in this matter on March 12, 2019 (Doc. 174). The filing of this notice in CM/ECF caused a copy to be served electronically on Esperanza Luján, Esq., counsel for defendant.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*ELECTRONICALLY FILED*

SAMUEL A. HURTADO
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274